# United States District Court

## Eastern District of Wisconsin

MARTIN D. KOENIG,                            JUDGMENT IN A CIVIL CASE
          Plaintiff,

          v.

                                             CASE NUMBER: 05-CV-255

WAUKESHA STATE BANK,
          Defendant.

[X]    Decision by Court. This action came for consideration before the Court.


       IT IS ORDERED AND ADJUDGED
       that plaintiff's complaint and this action is DISMISSED.



                                   SOFRON B. NEDILSKY_____
                                   Clerk of Court

August 10, 2006                    s/ V. Kelly Barton Terry_____
Date                               (By) Deputy Clerk


                                   Approved  this 10th  day of August, 2006.

                                   s/AARON E. GOODSTEIN
                                   United  States  Magistrate Judge